STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

**In re:**

CARLOS IVAN SANTIAGO ALMENAS                    Case No.   11-06035-ESL

CARMEN SOCORRO CARRASCO RODRIGUEZ    Chapter 13    Attorney Name:   ALMEIDA AND DAVILA PSC*

**I. Appearances**

| | | |
|---|---|---|
| Debtor | [X] Present | [ ] Absent |
| Joint Debtor | [X] Present | [ ] Absent |
| Attorney for Debtor | [X] Present | [ ] Absent |

[ ] Prose

[X] Substitute    J.L. JIMENEZ

**Date & Time:**   9/26/2011   3:30:00PM

[X] R    [ ] NR    LV:   to be determined

[X] This is debtor(s) 1 Bankruptcy filing.

**Creditors:**

None

**II. Oath Administered**
    [X] Yes        [ ] No

**III. Plan**

Date:   07/12/2011        Base:    $9,000.00    Payments 1 made out of 2 due.

**Confirmation Hearing Date:**   11/16/2011   9:00:00AM

**Evidence of Pmt shown:**

**Attorney's fees as per R. 2016(b)**

   $3,000.00   -   $100.00   =   $2,900.00

**IV. Status of Meeting**

[X] Closed        [ ] Not Held        [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

**Continued Date:**

**Comments:**

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

 [ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

 [ ] MTD Already filed, see Docket:

 [ ] Other:

In re:

| | | |
|---|---|---|
| CARLOS IVAN SANTIAGO ALMENAS | Case No. | 11-06035-ESL |
| CARMEN SOCORRO CARRASCO RODRIGUEZ  Chapter 13 | Attorney Name: | ALMEIDA AND DAVILA PSC* |

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test |    [ ] State - years |
| [ ] Insuarence quote |    [ ] Federal - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |    [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |    [ ] Premises |
| |    [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

1) Debtors requested debit from bank account: payment to trustee

2) Include inheritance participation joint debor: Bo. Canaboncito, Caguas, mother's alive, 4 heirs (including debtor), provide description and provide value. Debtor testified that her grandfather-paternal side- was the owner of the lot of land (he passed away).

s/Rosamar García            Date: 09/26/2011

Trustee/Presiding Officer            (Rev. 02/11)